IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

TOMO SHIBATA and YAYOI
SHIBATA,

    Plaintiffs,    Civil Action No.
             3:16-CV-1349 (BKS/DEP)

  v.

ROGER A. SWINGLE and RAS
ENTERPRISES,

    Defendants.
_____

APPEARANCES:        OF COUNSEL:

FOR PLAINTIFFS:

TOMO SHIBATA, *Pro Se*
YAYOI SHIBATA, *Pro Se*
117 E 8th Street
#3
Alturas, CA 96101

FOR DEFENDANTS:

POPE, SCHRADER LAW FIRM   ALAN J. POPE. ESQ.
2 Court Street, 4th Floor
P.O. Box 510
Binghamton, NY 13902


DAVID E. PEEBLES
CHIEF U.S. MAGISTRATE JUDGE

## REPORT AND RECOMMENDATION

Currently pending before the court in connection with this action is a motion brought by plaintiffs seeking dismissal of counterclaims asserted by defendants in the action. Dkt. No. 58. In response, defendants have consented to the requested dismissal, provided the counterclaims are dismissed without prejudice, as were plaintiffs' claims in this action. Dkt. No. 97. Plaintiffs' motion has been referred to me for the issuance of a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B).

The court has carefully considered plaintiffs' motion and defendants' consent to the entry of the requested order, and it is hereby respectfully

RECOMMENDED that defendants' counterclaims in this action be DISMISSED, without prejudice, and that the clerk of the court be directed to close this case.

NOTICE: Pursuant to 28 U.S.C. § 636(b)(1), the parties may lodge written objections to the foregoing report. Such objections must be filed with the clerk of the court within FOURTEEN days of service of this report.[1]  FAILURE TO SO OBJECT TO THIS REPORT WILL PRECLUDE

---

[1] If you are proceeding *pro se* and are served with this report and recommendation by mail, three additional days will be added to the fourteen-day period, meaning that you have seventeen days from the date the report and recommendation was mailed to you to serve and file objections. Fed. R. Civ. P. 6(d). If the last day of that prescribed period falls on a Saturday, Sunday, or legal holiday, then

APPELLATE REVIEW. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72; *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993).

It is hereby ORDERED that the clerk of the court serve a copy of this report and recommendation upon the parties in accordance with this court's local rules.

_____
David E. Peebles
U.S. Magistrate Judge

DATED:   October 23, 2018
         Syracuse, New York

---

the deadline is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday. Fed. R. Civ. P. 6(a)(1)(C).